IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| BEYDA | : | 02-3245 |
| THOMAS, et al. | : | 02-3269 |
| FARMER | : | 02-3312 |
| FROST | : | 02-3323 |
| SMITH, et al. | : | 02-3339 |
| WHITLOCK, et al. | : | 02-3372 |
| NEDELMAN, et al. | : | 02-3401 |
| GRAY, JR. | : | 02-3419 |
| LASNER | : | 02-3437 |
| BALSLEY, et al. | : | 02-3474 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

        **AND NOW,** this _____ day of June, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

        [   ]   -   Order staying these proceedings pending disposition of a related action.

        [   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

        [   ]   -   Interlocutory appeal filed.

        [ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota</u>.

It is

        **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**J. Curtis Joyner, Judge**