W:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


THOMAS, ET AL                    :              CIVIL ACTION
                                 :
            v.                   :
                                 :
ABX AIR, INC., ET AL             :              NO. 02-3269


## O R D E R

AND NOW, this 11th day of JUNE, 2002,

IT IS ORDERED that the order placing this matter in civil suspense signed June 6, 2002 is VACATED.


BY THE COURT


_____
                                        Judge

Civ 12 (9/83)