:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH THOMAS and JOANNE THOMAS, h/a            CIVIL ACTION

v.

ABX AIR, INC., ET AL

02-3269

**O R D E R**

AND NOW, this 6TH day of JANUARY, 2003, it is Ordered that this matter is **RESCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **JANUARY 14, 2003** at 9:30AM in Room 8TH FLOOR - room 8613.

PS: If counsel is not available at this time and wish to reschedule or change this to a telephone conference - that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

ATTEST:                           or    BY THE COURT


BY: ANGELA J. MICKIE
    Deputy Clerk              Judge

Civ 12 (9/83)