```
W:\FORMS\.FRM
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH THOMAS, ET AL            :
                                :
        vs.                     :         CIVIL ACTION NO. 02-3269
                                :
ABX AIR, INC., ET AL            :

**REPORT OF PRETRIAL OR SETTLEMENT CONFERENCE**

On this 16th day of JANUARY, 2003, a [ X] Pretrial [ ] Settlement Conference was held before Judge J. Curtis Joyner.

REMARKS:  6 MONTHS DISCOVERY

_____
Angela Mickie
Deputy Clerk to Judge Joyner

Civ 14 (8/80)