UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH THOMAS AND JOANNE THOMAS, H/W | : CIVIL ACTION |
| | : |
| | : |
| V. | : |
| | : |
| ABX AIR, INC.; AND PAC NATIONAL | : NO. 02-CV-3269 |
| | |
| V. | |
| | |
| MEESE, INC.; TRI-LINK TECHNOLOGIES, LTD.; AND GRANGER INDUSTRIES, INC. | |

ENTRY OF APPEARANCE
AND JURY TRIAL DEMAND

TO THE DISTRICT COURT CLERK

      Please enter our appearance on behalf of the Third-Party Defendant,

Meese, Inc., in the above captioned case.

      Third-Party Defendant, Meese, Inc., demands a jury trial in the above

case.  Jury of twelve, with alternates demanded.

MARGOLIS EDELSTEIN

BY: _____

      WALTER J. TIMBY, III, ESQUIRE
      Attorney for Third-Party Defendant
      Meese, Inc.
      I.D. No. 23894
      The Curtis Center - Fourth Floor
      Independence Square West
      Philadelphia, PA 19106-3304
      (215) 922-1100