UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH THOMAS AND JOANNE THOMAS, H/W | : |
| | : CIVIL ACTION |
| V. | : |
| ABX AIR, INC.; AND PAC NATIONAL | : |
| | : NO. 02-3269 |
| V. | : |
| MEESE, INC.; TRI-LINK TECHNOLOGIES, LTD.; AND GRANGER INDUSTRIES, INC. | : |

**ANSWER OF THIRD PARTY DEFENDANT MEESE, INC.
TO THE CROSSCLAIM OF GRANGER INDUSTRIES, INC.
A/K/A THE GRANGER PLASTICS COMPANY**

1.   Answering Third Party Defendant, Meese, Inc., incorporates by reference its responses to the Third Party Complaint herein as is set forth fully at length.

2.   Denied. After reasonable investigation answering Third Party Defendant, Meese, Inc., is unable to form a belief as to the truth of the allegations of this paragraph and therefore said allegations are deemed denied and strict proof thereof is demanded at the time of Trial.

WHEREFORE, answering Third Party Defendant, Meese, Inc., demands that the Crossclaim of Granger Industries, Inc. a/k/a The Granger Plastics Company be dismissed with prejudice.

MARGOLIS EDELSTEIN

BY: _____
WALTER J. TIMBY, III, ESQUIRE
Attorney for Third Party Defendant
Meese, Inc.
Identification No. 23894
The Curtis Center - Fourth Floor
Independence Square West
Philadelphia, PA 19106-3304
(215) 922-1100

## **VERIFICATION**

Walter J. Timby, III, Esquire, states that he is the attorney for Meese, Inc., Third Party Defendant herein; that he is acquainted with the facts set forth in the foregoing Answer to Crossclaim of Granger Industries, Inc.; that the same are true and correct to the best of his knowledge, information and belief, and that the statements herein are made subject to the penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to authorities.

_____
WALTER J. TIMBY, III, ESQUIRE

Dated:

## **CERTIFICATE OF SERVICE**

I, WALTER J. TIMBY, III, ESQUIRE, hereby certify that a true and correct copy of Third Party Defendant's Answer to Crossclaim of Granger Industries, Inc., was sent to all parties, via United States mail, postage pre-paid, on April 15, 2003.

| | |
|---|---|
| Thomas F. Sacchetta, Esquire<br>SACCHETTA & BALDINO<br>308 East 2nd Street<br>Media, PA 19063 | Robert S. Davis, Esquire<br>DAVIS, PARRY, TYLER & WRIGHT<br>1525 Locust Street, 14th Floor<br>Philadelphia, PA 19102 |
| Stephen Ledva, Jr., Esquire<br>MINTZER, SAROWITZ, ZERIS & LEDVA<br>22nd Floor<br>1528 Walnut Street<br>Philadelphia, PA 19102 | Marc F. Ullom, Esquire<br>LAW OFFICE OF ANNA WALDHERR<br>Two Penn Center Plaza<br>1500 JFK Boulevard, Suite 1120<br>Philadelphia, PA 19102 |

MARGOLIS EDELSTEIN

BY: _____
WALTER J. TIMBY, III, ESQUIRE
Attorney for Third Party Defendant
Meese, Inc.
Identification No. 23894
The Curtis Center - Fourth Floor
Independence Square West
Philadelphia, PA 19106-3304
(215) 922-1100