DAVIS, PARRY, TYLER & WRIGHT
By: Robert S. Davis
Attorney I.D. No. 02752
Fourteenth Floor
1525 Locust Street
Philadelphia, PA  19102-3732           Attorney for Third-Party Defendant, The Granger
(215) 732-3755                         Plastics Company

---

| | | |
|---|---|---|
| JOSEPH THOMAS and JOANNE THOMAS, h/w | : | IN THE UNITED STATES |
| | : | DISTRICT COURT FOR THE EASTERN |
| v. | : | DISTRICT OF PENNSYLVANIA |
| | : | |
| ABX AIR, INC. and | : | |
| PAC NATIONAL | : | |
| v. | : | |
| MEESE, INC., | : | |
| TRI-LINK TECHNOLOGIES, LTD. and | : | |
| GRANGER INDUSTRIES, INC. | : | No. 02-CV-3269 |

---

## REPLY OF THIRD-PARTY DEFENDANT, THE GRANGER PLASTICS COMPANY, TO CROSSCLAIM OF THIRD-PARTY DEFENDANT, MEESE, INC.

1. Replying third-party defendant, The Granger Plastics Company, incorporates by reference herein its previously-filed pleading and response to the Third-Party Complaint as if set forth fully herein at length.

2. The averments of this paragraph consist of a conclusion or conclusions of law requiring no specific response; insofar as any response is deemed required, denied.

WHEREFORE, replying third-party defendant, The Granger Plastics Company, respectfully requests judgment in its favor and against the third-party defendant, Meese, Inc. relative to that party's crossclaim.

Date:  April 24, 2003                  _____
                                       ROBERT S. DAVIS
                                       Attorney for Third-Party Defendant, The Granger
                                       Plastics Company