# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH THOMAS | : | CIVIL ACTION |
| and JOANNE THOMAS, h/w | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 02-3269 |
| | : | |
| ABX AIR, INC., PAC NATIONAL | : | |
| MEESE, INC. TRI-LINK TECHNOLOGIES | : | |
| AND GRANGER INDUSTRIES, INC | : | |

### *ANSWER OF THIRD PARTY PLAINTIFF, ABX AIR, INC.,*
### *TO CROSSCLAIM OF THIRD PARTY DEFENDANT, THE GRANGER PLASTICS*
### *COMPANY*

1. Answering defendant incorporates by reference herein its previously filed Third-Party Complaint as set forth fully herein at length.

2. Denied. Answering defendant is advised by counsel, and therefore, avers that the allegations contained in corresponding paragraph are automatically deemed denied as conclusions of law to which no responsive pleading is required. Strict proof thereof is demanded at the time of trial, if material.

WHEREFORE, Defendant, ABX, Air, Inc. demands Judgment in its favor and against third party defendant, The Granger Plastics Company, for indemnity and/or contribution and/or other relief the court deems appropriate.

MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS


BY:_____
STEPHEN LEDVA, JR., ESQUIRE
Attorney for Defendant(s):

## *VERIFICATION*

The averments or denials of facts contained in the foregoing are true, based upon the signer's personal knowledge or information and belief. If the foregoing contains averments which are consistent in fact, signer has been unable, after reasonable investigation, to ascertain which of the inconsistent averments are true, but signer has knowledge or information sufficient to form a belief that one of them is true. This Verification is made subject to the penalties of *18 Pa.C.S. §4904* relating to unsworn falsification to authorities.



STEPHEN LEDVA, JR.

Dated: June 2, 2003

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH THOMAS <br> and JOANNE THOMAS, h/w <br> <br> Plaintiffs <br> <br> v. <br> <br> ABX AIR, INC., PAC NATIONAL <br> MEESE, INC. TRI-LINK TECHNOLOGIES <br> AND GRANGER INDUSTRIES, INC | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br> <br> <br> <br> <br> NO. 02-3269 |

### CERTIFICATE OF SERVICE

I, STEPHEN LEDVA, JR., ESQUIRE, hereby certify that a true copy of Defendant ABX AIR, INC.'s Answer to Third Party Defendant The Granger Plastics Company's Crossclaim was served upon the following by First Class U.S. Mail, postage pre-paid on June ___, 2003.

Thomas F. Sacchetta, Esquire
SACCHETTA & BALDINO
308 East Second Street
Media, PA 19063

Robert Davis, Esquire
1525 Locust Street
14t Floor
Philadelphia, PA 19102

Marc Ullom, Esquire
LAW OFFICES OF ANNA WALDHERR
1500 John F. Kennedy Boulevard
Suite 1120
Philadelphia, PA 19102

Walter J. Timby, III, Esquire
4th Floor Independence Square West
The Curtis Center
Philadelphia, PA 19102

MINTZER, SAROWITZ, ZERIS,
LEDVA & MEYERS

BY:_____
STEPHEN LEDVA, JR., ESQUIRE
Attorney for Defendant, ABX AIR, INC.