IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH THOMAS and JOANNE THOMAS h/w | : | CIVIL ACTION |
| | : | |
| Plaintiffs | : | |
| | : | CA-02-3269 |
| v. | : | |
| | : | |
| ABX AIR, INC., PAC NATIONAL, MEESE, INC., TRI-LINK TECHNOLOGIES, LTD. and GRANGER INDUSTRIES, INC. | : | |
| | : | |
| Defendants | : | |

**DEFENDANT TRI-LINK TECHNOLOGIES, LTD.'S
ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of defendant, Tri-Link Technologies, Ltd., in the above-captioned matter.

                            **WHITE AND WILLIAMS LLP**

                            By:_____
                            Warren E. Kampf, Esquire
                            White and Williams LLP
                            1800 One Liberty Place
                            Philadelphia, PA 19103
                            (215) 864-7053
                            Attorneys for Defendant,
                            Tri-Link Technologies, Ltd.

## CERTIFICATE OF SERVICE

I, Warren E. Kampf, Esquire, hereby certify that a true and correct copy of Defendant, Tri-Link Technologies, Ltd.'s Entry of Appearance was served by First Class Mail on July ___, 2003 to:

| | |
|---|---|
| Stephen Ledva, Jr., Esquire<br>Mintzer Sarowitz Zeris Ledva & Meyers<br>1528 Walnut Street, 22nd Floor<br>Philadelphia, PA 19102<br>*Attorney for Defendant and Third-Party Plaintiff, ABX Air, Inc.* | Catherine S. Straggas, Esquire<br>Margolis Edelstein<br>The Curtis Center, Fourth Floor<br>Independence Square West<br>Philadelphia, PA 19106-3304<br>215/922-1100<br>215/922-1772 Fax<br>cstraggas@margolisedelstein.com<br>*Attorney for Defendant, Meese, Inc.* |
| Robert S. Davis, Esquire<br>Davis Parry Tyler & Wright<br>1525 Locust Street, 14th Floor<br>Philadelphia, PA 19102-3732<br>*Attorney for Defendant, Granger Industries, Inc* | Marc F. Ullom, Esquire<br>Law Offices of Anna Waldherr<br>Two Penn Center Plaza, Suite 1120<br>1500 John F. Kennedy Boulevard<br>Philadelphia, PA 19102<br>*Attorney for Defendant, PAC National* |
| Thomas Sacchetta, Esquire<br>Sacchetta & Baldino<br>308 E. Second Street<br>Media, PA 19063<br>*Attorney for Plaintiffs* | |

_____
Warren E. Kampf, Esquire