UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH THOMAS AND | : | CIVIL ACTION |
| JOANNE THOMAS, H/W | : | |
| | : | |
| V. | : | |
| | : | |
| ABX AIR, INC.  AND PAC NATIONAL | : | |
| | : | |
| V. | : | |
| | : | |
| MEESE, INC.,  TRI-LINK | : | |
| TECHNOLOGIES, LTD. AND | : | |
| GRANGER INDUSTRIES, INC. | : | NO.  02-3269 |

**STIPULATION TO DISMISS ALL CLAIMS AS TO
THIRD PARTY DEFENDANT, MEESE, INC.**

AND NOW, upon this written Stipulation of all parties to this action, through their counsel identified below, it is hereby STIPULATED and AGREED that all claims of all parties against Third Party Defendant, Meese, Inc., in this matter are hereby WITHDRAWN and DISMISSED.

It is understood and agreed by and between all of the signatories hereto that this Stipulation to Dismiss Meese, Inc. may be signed in any number of parts and/or counterparts and each and every one shall be deemed part of the same original, indivisable Stipulation to Dismiss Meese, Inc.

It is further understood and agreed by and between all of the signatories hereto that the Court may accept copies or facsimile signatures hereon with the same authority and effect as originals.

SACCHETTA & BALDINO


BY:_____
    THOMAS F. SACCHETTA, ESQUIRE
    Attorney for Plaintiffs


Dated:_____

MINTZER, SAROWITZ, ZERIS
    & LEDVA


BY:_____
      STEPHEN LEDVA, JR., ESQUIRE
      Attorney for Defendant,
      ABS Air, Inc.




Dated:_____

DAVIS, PARRY, TYLER & WRIGHT


BY:_____
        Robert S. Davis, Esquire
        Attorney for Third Party Defendant,
        Granger Industries, Inc.

LAW OFFICES OF ANNA WALDHERR


BY:_____
        Nancy J. Leddy, Esquire
        Attorney for Defendant,
        PAC National



Dated:_____

WHITE AND WILLIAMS

BY:_____
        Warren E. Kampf, Esquire
        Attorney for Third Party
        Defendant Tri-Link Techologies

Dated:_____

MARGOLIS EDELSTEIN


By: _____
        Catherine S. Straggas, Esquire
        Attorney for Third Party
        Defendant, Meese, Inc.


Dated:_____


                              APPROVED BY THE COURT:


                              _____
                                              J.


Date:_____