UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH THOMAS AND | : | CIVIL ACTION |
| JOANNE THOMAS, H/W | : | |
| | : | |
| V. | : | |
| | : | |
| ABX AIR, INC. AND PAC NATIONAL | : | |
| | : | |
| V. | : | |
| | : | |
| MEESE, INC., TRI-LINK | : | |
| TECHNOLOGIES, LTD. AND | : | |
| GRANGER INDUSTRIES, INC. | : | NO. 02-3269 |

**STIPULATION TO DISMISS ALL CLAIMS AS TO**
**<u>THIRD PARTY DEFENDANT, MEESE, INC.</u>**

AND NOW, upon this written Stipulation of all parties to this action, through their counsel identified below, it is hereby STIPULATED and AGREED that all claims of all parties against Third Party Defendant, Meese, Inc., in this matter are hereby WITHDRAWN and DISMISSED.

It is understood and agreed by and between all of the signatories hereto that this Stipulation to Dismiss Meese, Inc. may be signed in any number of parts and/or counterparts and each and every one shall be deemed part of the same original, indivisable Stipulation to Dismiss Meese, Inc.

It is further understood and agreed by and between all of the signatories hereto that the Court may accept copies or facsimile signatures hereon with the same authority and effect as originals.

SACCHETTA & BALDINO

BY:_____
    THOMAS F. SACCHETTA, ESQUIRE
    Attorney for Plaintiffs


Dated:_____

MINTZER, SAROWITZ, ZERIS
    & LEDVA


BY:_____
    STEPHEN LEDVA, JR., ESQUIRE
    Attorney for Defendant,
    ABS Air, Inc.



Dated:_____

DAVIS, PARRY, TYLER & WRIGHT

BY:_____
       Robert S. Davis, Esquire
       Attorney for Third Party Defendant,
       Granger Industries, Inc.

LAW OFFICES OF ANNA WALDHERR

BY:_____
      Nancy J. Leddy, Esquire
      Attorney for Defendant,
      PAC National


Dated:_____

WHITE AND WILLIAMS


BY:_____
       Warren E. Kampf, Esquire
       Attorney for Third Party
       Defendant Tri-Link Techologies



Dated:_____

MARGOLIS EDELSTEIN

By: _____
      Catherine S. Straggas, Esquire
      Attorney for Third Party
      Defendant, Meese, Inc.

Dated:_____

APPROVED BY THE COURT:

_____ J.

Date:_____