IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH THOMAS and JOANNE THOMAS h/w | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | CA-02-3269 |
| v. | : | |
| ABX AIR, INC., PAC NATIONAL, MEESE, INC., TRI-LINK TECHNOLOGIES, LTD. and GRANGER INDUSTRIES, INC. | : | |
| Defendants | : | |

**STIPULATION OF DISMISSAL FOR
DEFENDANT TRI-LINK TECHNOLOGIES, LTD.**

It is hereby agreed among the parties that defendant Tri-Link Technologies, Ltd. is hereby dismissed from this case without leave to renew a claim against them, their successors, assigns, shareholders, agents, officers, directors, partners, subsidiary or parent companies.

_____        _____
Thomas F. Sacchetta, Esquire            Stephen Ledva, Jr., Esquire
*Attorney for Plaintiffs*                *Attorney for Defendant and
                                        Third-Party Plaintiff, ABX Air, Inc.*

_____        _____
Robert S. Davis, Esquire                Catherine S. Straggas, Esquire
*Attorney for Defendant,*                *Attorney for Defendant,*
*Granger Industries, Inc.*               *Meese, Inc.*

_____        _____
Nancy J. Leddy, Esquire                 Warren E. Kampf, Esquire
*Attorney for Defendant,*                *Attorney for Defendant,*
*PAC National*                           *Tri-Link Technologies, Ltd.*

APPROVED BY THE COURT:

_____
J.