DAVIS, PARRY, TYLER & WRIGHT
By: Robert S. Davis
Attorney I.D. No. 02752
Fourteenth Floor
1525 Locust Street
Philadelphia, PA  19102-3732          Attorney for Third-Party Defendant, The Granger
(215) 732-3755                                    Plastics Company

_____

| | |
|---|---|
| JOSEPH THOMAS and JOANNE THOMAS, h/w | :  IN THE UNITED STATES |
|  | :  DISTRICT COURT FOR THE EASTERN |
| v. | :  DISTRICT OF PENNSYLVANIA |
|  | : |
| ABX AIR, INC. and | : |
| PAC NATIONAL | : |
| v. | : |
| MEESE, INC., | : |
| TRI-LINK TECHNOLOGIES, LTD. and | : |
| GRANGER INDUSTRIES, INC. | :  No. 02-CV-3269 |

_____

### STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by the parties hereto, through undersigned counsel, that the third-party defendant, The Granger Plastics Company, shall be dismissed from this action with prejudice.

_____          _____
THOMAS F. SACCHETTA                              STEPHEN LEDVA, JR.
Attorney for Plaintiffs                                   Attorney for Defendant, ABX Air, Inc.


_____          _____
NANCY J. LEDDY                                        WALTER J. TIMBY, III
Attorney for Defendant, PAC National        Attorney for Third-Party Defendant, Meese, Inc.


_____          _____
WARREN E. KEMPF                                   ROBERT S. DAVIS
Attorney for Third-Party Defendant,          Attorney for Third-Party Defendant, The Granger
Tri-Link Technologies, Ltd.                        Plastics Company