## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | CIVIL ACTION |
| JOSEPH THOMAS, ET AL. | | |
| | : | |
| v. | | |
| | : | |
| | | No. 02-3269 |
| | : | |
| ABX AIR, INC. | | |
| | : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for

ARBITRATION at 9:30 am on Tuesday, May 18, 2004.  **PLEASE NOTE THAT THIS**

**ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900**

**MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM**

**ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court


By:_____
Stephen Sonnie
Deputy Clerk
Phone:267-299-7074

Date:February 2, 2004

Copies:     Adrienne Mann, Courtroom Deputy to Judge J. Curtis Joyner
            Docket Clerk - Case File

            Counsel:        Thomas F. Sacchetta, Esq.
                            Stephen Ledva, Jr., Esq.

ARB2.FRM