W:\FORMS\

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JOSEPH THOMAS | : | CIVIL ACTION |
| JOANNE THOMAS, h/w | : | |
| v. | : | |
| ABX AIR, et al | : | NO. 02-3269 |

## **O R D E R**

AND NOW, this 11TH day of MAY, 2004, it ordered that this matter is scheduled for a - STATUS conference on **MAY 20, 2004** at 11:00AM before the Honorable J. Curtis Joyner in CHAMBERS - room - 8613.

*If you are unable to attend this meeting and wish to reschedule or to change the conference to a telephone conference - it is **your** (the counsel not available) - responsibility to coordinate the date and time with all counsel involved and to contact the the Deputy at - 267-299-7419

ATTEST:                                    or    BY THE COURT


BY: ANGELA J. MICKIE                       _____
       Deputy Clerk                                     Judge

Civ 12 (9/83)