IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**THOMAS, ET AL**               :        CIVIL ACTION
                                :
          **VS**                :
                                :
**ABX AIR, INC., ET AL**
                                         02-3269

<u>ORDER</u>

**AND NOW**, this 21st day of MAY, 2004  it is hereby **ORDERED** that the above captioned matter is referred to U.S. Magistrate Judge THOMAS J. RUETER, in accordance with 28 U.S.C. § 636 (b) (1) (A), for the exploration of settlement.

**AND IT IS SO ORDERED.**

                        _____
                          J. CURTIS JOYNER,         J.