IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOSEPH THOMAS, ET AL

          :  CIVIL ACTION
          :
  vs.       :
          :  NO. 02-3269
ABX AIR, INC.


O R D E R


  **AND NOW, TO WIT:** This 14th day of JULY, 2004, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

  **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


         **MICHAEL E. KUNZ**, Clerk of Court


         **BY:**_____
           ANGELA J. MICKIE
           Deputy Clerk


Civ 2 (7/83)
41.1(b)